IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DANIEL LEE GARRETT | § | |
| VS. | § | CIVIL ACTION NO.   1:24-CV-228 |
| FORT BEND COUNTY JAIL | § | |

**<u>MEMORANDUM OPINION AND ORDER</u>**

Plaintiff Daniel Lee Garrett, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against the Fort Bend County Jail.

<u>Discussion</u>

When jurisdiction is not founded solely on diversity of citizenship, 28 U.S.C. § 1391(b) provides that venue is proper in the judicial district where the defendants reside or in which the claim arose.  Venue is not proper in the Eastern District of Texas, because Plaintiff alleges that the claims arose in the Southern District of Texas.  Under 28 U.S.C. § 1404, the district court may transfer a civil action to any other district where it could have been brought for the convenience of parties and witnesses and in the interest of justice.  The court has considered the circumstances and has determined that justice would be served by transferring this action to the district where the claims arose.  It is accordingly

**ORDERED** that this civil rights action is **TRANSFERRED** to the Houston Division of the United States District Court for the Southern District of Texas.

**SIGNED this the 28th day of June, 2024.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE